McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
SEP 25 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. 1:08 CR 00342 AWI |
| Plaintiff, ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| ALAN COURTNEY SMITH, ) | CRIMINAL PROCEDURE |
| Defendant. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 25, 2008, charging the above defendant with a violation of Title 18, United States Code, Sections 2252(a)(2)-Receipt or Distribution of Material Involving The Sexual Exploitation of Minors and other charges, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrants.
3 | DATED: September 25, 2008          Respectfully submitted,
4 |                                    McGREGOR W. SCOTT
                                       United States Attorney
5 |                                    By /s/ Sherill Carvalho
6 |                                    SHERRILL A. CARVALHO
                                       Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 25 day of September, 2008
9 |
10|                                    _____
                                       U.S. Magistrate Judge