LAWRENCE G. BROWN
Acting United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
MAY 21 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:08-cr-00342 AWI |
|---|---|
| Plaintiff, | ) ORDER TO UNSEAL INDICTMENT<br>) AND WARRANT OF ARREST |
| v. | ) |
| ALAN COURTNEY SMITH, | ) |
| Defendant. | ) |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrant of arrest be unsealed and made public record.

Dated: May 21, 2009

SANDRA M. SNYDER
United States Magistrate Judge

1

ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST