```
J.M. IRIGOYEN #177626
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

(559) 233-3333

Attorney for Defendant
ALAN SMITH
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN SMITH, )<br>)<br>Defendant. )<br>_____) | Case No: 1:08-cr-00342 AWI<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE |

\* \* \* \*

It is stipulated and agreed between the parties that the status conference currently set for January 4, 2010, be continued to March 1, 2010, to enable defense counsel to adequately address the government's plea agreement.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(I) to and through March 1, 2010.

```
I hereby agree to the above stipulation.

Dated: 1.8.10
                                    /s/J.M. Irigoyen
                                    J.M. Irigoyen


I hereby consent to the above stipulation.

DATED: 1.8.10
                                    /s/Brian Enos
                                    Brian Enos
                                    Assistant U.S. Attorney
```

ORDER

It is so ordered. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

**IT IS SO ORDERED.**

**Dated:     January 8, 2010**                    /s/ **Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE