BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 1:08-cr-00342 AWI |
| ) | |
| Plaintiff,  ) | **STIPULATION TO CONTINUE** |
| ) | **SENTENCING HEARING AND BRIEFING** |
| ) | **DEADLINES UNDERLYING SAME;** |
| v.  ) | **ORDER** |
| ) | |
| ) | Date: July 19, 2010 |
| ALAN COURTNEY SMITH,  ) | Time: 9:00 a.m. |
| ) | Ctrm: 2 |
| Defendant.  ) | Hon. Anthony W. Ishii |
| _____  ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective attorneys of record, that the Sentencing Hearing regarding this matter may be continued from 9:00 a.m., Monday, June 7, 2010 to 9:00 a.m., Monday, July 19, 2010.

   The parties further agree that the following deadlines underlying the above sentencing hearing likewise be extended as follows: (1) U.S. Probation's Presentence Investigation Report ("PSR") available to defense counsel by Monday, June 7, 2010; (2) defendant's informal objections to the PSR due to U.S. Probation and the U.S. Attorney's Office by Monday, June 21, 2010; and (3)

1

1  defendant's formal objections to the PSR filed with the court and
2  served on U.S. Probation and the U.S. Attorney's Office by
3  Friday, July 2, 2010.
4      This stipulation is based on good cause.  Specifically,
5  Fresno County Sheriff's Sergeant Kevin Wiens, who was the
6  forensic examiner of any computers and external storage media
7  relevant to this case, is currently on medical leave due to an
8  injury and is not due to return to work until May 2010.  Counsel
9  for the United States understands U.S. Probation would like to
10 discuss various aspects of this case with Sgt. Wiens prior to
11 finalizing his report, and is unable to do so until Sgt. Wiens
12 returns to duty.  This stipulated continuance will therefore
13 conserve time and resources for both parties and the court.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 28, 2010               By_Brian W. Enos_____
                                    BRIAN W. ENOS
                                    Assistant U.S. Attorney


                                    (As auth. 4/28/10)

Dated: April 28, 2010                /s/ J.M. Irigoyen_____
                                    J.M. IRIGOYEN
                                    Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 28, 2010**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING HEARING AND BRIEFING DEADLINES UNDERLYING SAME; ORDER**